IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| United States of America | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 04 CR 609 |
|  | ) |  |
| Vito Barbosa | ) |  |
|  | ) |  |
| Defendant. | ) |  |

MEMORANDUM ORDER

Vito Barbosa ("Barbosa") has filed a pro se motion for the return of property that had been seized in connection with the criminal proceedings brought against him in this case. After the United States had responded to that motion, Barbosa filed his self-prepared reply to that response on May 1, 2006. This Court has found nonlawyer Barbosa's motion and his reply to be convincing under the applicable caselaw, and it was about to issue a memorandum order granting the motion until the United States tendered its May 3 "Government's Status Report Concerning Defendant's Motion for Return of Property."

That status report was accompanied by a photocopy of a Citation To Discover Assets that was issued by the Circuit Court of Cook County on April 25, 2006, was directed to the United States Department of Treasury's Bureau of Alcohol, Tobacco, and Firearms and was based upon a 1996 order from that court's Domestic Relations Division covering delinquent child support owed by Barbosa. Because that citation includes a prohibition

against any transfer or disposition of any property belonging to Barbosa that is not exempt from execution or garnishment, this Court will not now enter an order directing the return of Barbosa's property (any such order would cause the United States to become subject to conflicting court orders).

But this Court rejects the United States' request that Barbosa's motion be denied without prejudice to his possible institution of another motion after the Circuit Court proceedings are concluded--it would be an unnecessary imposition on Barbosa as a pro se litigant if that were to be required. Instead the United States is ordered to report to this Court (as well as to Barbosa, of course) immediately after the May 5, 2006 return date on the state court's citation as to the result of that citation proceeding and as to any assets belonging to Barbosa that then remain in government hands. This Court will expect to act on the motion promptly after the dust settles in that respect.

                                                              Milton I. Shadur
                                                              Senior United States District Judge

May 3, 2006

C:\WPTEXT\barbosa1.wpd