IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 04 CR 609 |
| VITO BARBOSA, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court has just received from pro se litigant Vito Barbosa ("Barbosa") a filing captioned "Motion for Order Compelling State of Illinois To Return Property Unlawfully Obtained from ATF and this Court by Fraud." Although Barbosa's filing mistakenly characterizes this Court's June 12, 2006 memorandum order (the "Order") as having ordered the State of Illinois to take certain action (something that this Court is not of course empowered to do), it portrays a distressing situation in which Barbosa's claims to certain of his property do not appear to have been given proper consideration.

What is unclear from Barbosa's filing, however, is whether the situation about which he complains has resulted from his own inaction--prompted by the mistaken assumption that this Court had ordered the state authorities to act--or from the state authorities' refusal to act despite Barbosa's having moved, after the issuance of this Court's Order, for reconsideration of the state court's earlier order. What this Court's Order clearly

contemplated was that the next move was Barbosa's, and his current filing sounds as though he may not have understood that. Accordingly this Court requests a response from the State's Attorney's Office as to what if any procedures had taken place before the state court after issuance of the Order.[1]

```
                         _____
                         Milton I. Shadur
                         Senior United States District Judge
```

Date: August 24, 2006

---

[1] Another copy of this memorandum order is being transmitted to Assistant United States Attorney Amarjeet Bhachu as an informational matter.