```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF ILLINOIS
             EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Plaintiff | ) | No.  04 CR 609 |
| v. | ) | |
| | ) | |
| VITO BARBOSA, | ) | |
| | ) | |
|     Defendant | ) | |

### MEMORANDUM ORDER

Still acting pro se, Vito Barbosa ("Barbosa") has filed what he has labeled "Application for Injunctive Relief and for Reconsideration of the May 8, 2006 Order of this Court."  It appears from his filing that the matter about which he complains (with justification) has not been corrected.  This Court therefore orders that the Cook County State's Attorney involved in the state court proceedings, Dkt. No. 96D90290 (from Barbosa's certificate of service, it appears that may be Ms. Diane Meyer), as well as Assistant United States Attorney Amarjeet Bhachu, appear at the time of this Court's 9:15 a.m. motion call on October 18, 2006, prepared to respond to Barbosa's current Application.[1]  Because Barbosa is in custody at FCI Pekin, it is not necessary that he be present for this purpose.

DATED:  October 6, 2006

                                            _____
                                            Hon. Milton I. Shadur

---

[1] This is not at all to suggest that AUSA Bhachu bears any responsibility here (this Court's June 12, 2006 memorandum order confirms that is not the case).  It is rather that the AUSA may provide some further constructive input on the subject.